**MILLER AND SON PAVING, INC., Respondent,**

v.

**BOARD OF SUPERVISORS OF PLUMSTEAD TOWNSHIP, Petitioner.**

Supreme Court of Pennsylvania.

March 31, 1997.

James C. Schwartzman, Philadelphia, Catherine M. Harper, Blue Bell, for Petitioner.

***ORDER***

PER CURIAM:

AND NOW, this 31st day of March, 1997, the Petition for Allowance of Appeal is GRANTED limited to whether invalidating a zoning ordinance constitutes an automatic *de*

with proof of the event which brings the question of the dog's dangerousness before the district

*facto* taking. This case is to be orally argued.

Additionally, Wrightstown Township's Application for Permission to File an Amicus Curiae Brief in Support of the Petition for Allowance of Appeal, 180 E.D. Misc. Dkt. 1996, is DENIED.